# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>LAURA RUBIO-DURAN,<br><br>                  Defendant. | Case No. 19-cr-1318-GPC<br><br>**JUDGMENT AND ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE** |

     Upon motion of the United States of America and good cause appearing,

     IT IS HEREBY ORDERED that the information in the above-entitled case be DISMISSED without prejudice as to Defendant Laura Rubio-Duran.

     **IT IS SO ORDERED.**

Dated: July 24, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge